**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| KIMBERLY CARROLL | * |
| Plaintiff, | * |
| vs. | |
| | *   Civil Action No.: 1:10-CV-1108-BEL |
| ERIC SHINSEKI, Secretary, United States Department of Veterans Affairs, | * |
| Defendant. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY FROM
COMCAST, GMAIL-GOOGLE, INC., MSN HOTMAIL, AND AMERICAN ONLINE**

**NOW COMES**, Kimberly Carroll, "Plaintiff", by her attorneys George Rose, Esquire, and The Rose Law Firm LLC, and moves this Court for Leave to Take Immediate Discovery from Comcast, Gmail-Google, Inc., MSN Hotmail, and American Online. In support thereof, Kimberly Carroll states the following:

1. On August 30, 2011, the undersigned counsel served Comcast with a Subpoena Duces Tecum requiring it to produce certain documents relating to the email account mkinderknecht@comcast.net.

2. In response to the Subpoena Duces Tecum, Comcast informed the undersigned counsel that Section § 631 of the Cable Communications Policy Act of 1984, 47 U.S.C. § 551, prohibits it from issuing such information pertaining to a subscriber without the subscriber's express consent or Court Order, pursuant to 47 U.S.C. § 551(c) (2) (b), which requires "a court order authorizing such disclosures, if the subscriber is notified of such order by the person to whom the order is directed."

3. In addition to Comcast, Plaintiff is seeking information and or documents from Gmail Google, Inc., MSN Hotmail, and American Online, which are relevant to her case. Plaintiff reasonably believes that Gmail-Google Inc., MSN Hotmail, and American Online will also object base on 47 U.S.C. § 551(c) (2) (b).

4. Plaintiff is therefore requesting that the Court issue an order authorizing her to conduct immediate discovery on Comcast, located at 1500 Market Street, Philadelphia, Pennsylvania 19102, GMail, Google Inc., located at 1600 Amphitheatre Parkway, Mountain View, CA 94043, MSN Hotmail, located at 1065 La Avenida, Building 4, Mountain View, CA 94043, and America Online, located at 22000 AOL Way, Dulles, Virginia 20166.

5. Plaintiff seeks documents that Comcast has in its possession relating to the following subscriber email addresses: mkinderknecht@comcast.net, ldoyle803@comcast.net, and melissastarinsky@comcast.net. The email addresses is or was owned by Monica Kinderknecht, Lisa Doyle, and Melissa Starinsky, respectively.

6. Plaintiff seeks documents that Gmail-Google, Inc has in its possession relating to the following subscriber email addresses: monicakinderknecht@gmail.com, mkinderknecht@gmail.com, and mstarinsky@gmail.com. The email addresses is or was owned by Monica Kinderknecht, and Melissa Starinsky, respectively.

7. Plaintiff seeks documents that MSN Hotmail has in its possession relating to the following subscriber email address: mkinderknecht@hotmail.com. This email address is or was owned by Monica Kinderknecht.

8. Plaintiff seeks documents that America Online has in its possession relating to the following subscriber email address: angelarand@aol.com. This email address is or was owned by Angela Rand.

9. Monica Kinderknecht and Angela Rand are interns at Defendant's Acquisition Academy in Fredrick Maryland and Plaintiff's comparators as similarly situated interns. Lisa Doyle and Melissa Starinsky is or were the chancellor and vice chancellor at the Acquisition Academy, respectively, and are allege to have taken discriminatory actions against Plaintiff.

10. Plaintiff is seeking information and or documents from Comcast, Gmail-Google, Inc., MSN Hotmail, and American Online pursuant to Subpoenas Duces Tecum that are relevant to the instant case, and upon information and belief Comcast, Gmail, Google, Inc., MSN Hotmail, and American Online are the only entities in possession of such information or documents.

11. In order for Comcast, Gmail-Google, Inc., MSN Hotmail, and American Online to disclose subscriber information to Plaintiff, such as the information requested in Plaintiff's Subpoenas Duces Tecum, (see Exhibits, A, B, C, & D, describing the documents requested in the subpoenas), 47 U.S.C.§ 551(c)(2)(b) requires "a court order authorizing such disclosures, if the subscriber is notified of such order by the person to whom the order is directed." As a result, Comcast, Gmail, Google, Inc., MSN Hotmail, and American Online will not comply with Plaintiff's Subpoena Duces Tecum unless this Court issues an order that complies with Section 551.

12. Consent to the relief sought in this motion was requested of Defendant's counsel, attorney Joseph Baldwin, but was declined.

**IN LIGHT OF THE FOREGOING**, Plaintiff respectfully request that this Honorable Court;

a. Issuing an Order Compelling Comcast, Gmail-Google, Inc., MSN Hotmail, and American Online to comply with the attached subpoenas;

b. And such other and further relief as may be deemed just and proper.

## POINTS AND AUTHORITIES

47 U.S.C. § 551(c) (2) (b)

47 USCS § 222

        Respectfully Submitted,

        /s/ George Rose
        _____
        George Rose, Esquire
        Federal Bar No.: 26086
        Rose Law Firm, LLC
        200 East Lexington Street, Suite 800
        Baltimore, Maryland 21202
        Phone: 410-727-7555
        Fax: 410-727-7585
        Email: grose@roselawfirm.net
        Counsel for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the undersigned has served a true and correct copy of the foregoing was served upon the following counsel via the court's ECF filing system on this 2nd day of December 2011 to:

Joseph R. Baldwin, Esq.
Assistant United States Attorney
joseph.baldwin@usdoj.gov

        /s/ George Rose
        _____
        George Rose, Esquire