"Exhibit A"

<b><u>ATTACHMENT A</u></b>

Pursuant to Rules 34(c) and 45 of the Federal Rules of Civil Procedure, and in accordance with provided Instructions and Definitions **Comcast** is directed to produce for inspection and copying certain documents or electronically stored information in your possession, custody, or control as specified in the Document Requests set forth below.

<b><u>INSTRUCTIONS</u></b>

1. Electronically stored information ("ESI"), including but not limited to electronic mail, text messages, word processing files, spreadsheet files, and database files, should be produced in native format or as portable document format ("PDF") images of the original files.
2. Documents originally in paper form may be produced as PDF images.
3. If the requested documents are maintained in a file, the file folder is included in the request for production of those documents.
4. If documents or ESI are produced in native form (for ESI) or PDF form (for documents or ESI), the production should be made on CD or DVD disks.
5. For any files provided that are protected by passwords, the passwords for such files should be provided by separate correspondence.
6. Complete the enclosed form certifying the records produced in response to this subpoena.

<b><u>DEFINITIONS</u></b>

1. *Communication:* The term "communication" means the transmittal of information by any means.

2. *Concerning:* The term "concerning" means relating to, referring to, describing, evidencing, or constituting.

3. *Document:* The terms "document" and "documents" are defined to be synonymous in meaning and equal in scope to the usage of the term "documents" in Fed. R. Civ. P. 34(a) and include(s) the term "writing". Unless the producing party demonstrates undue burden or other grounds sufficient to meet the requirements of Fed. R. Civ. P. 26(c), electronic mail and other electronically stored information ("ESI") is included within the definition of the term "document." The terms "writings", "recordings", and "photographs" are defined to be synonymous in meaning and equal in scope to the usage of those terms in Fed. R. Evid. 1001. A draft or non-identical copy is a separate document within the meaning of the term "document".

4. *Person:* The term "person" is defined as any natural person or any business, legal or governmental entity, or association.

5. *You/Your:* The terms "you" or "your" include the person(s) to whom these Request is addressed, and all of that person's agents, representatives, and attorneys.

8. The present tense includes the past and future tenses. The singular includes the plural, and the plural includes the singular. "All" means "any and all"; "any" means "any and all."

"Including" means, "including but not limited to." "And" and "or" encompass both "and" and "or." Words in the masculine, feminine, or neuter form shall include each of the other genders.

## **DOCUMENT REQUESTS**

1.      Documents or electronically stored information sufficient to show any and all subscriber records regarding the identification of  mkinderknecht@comcast.net, ldoyle803@comcast.net, and melissastarinsky@comcast.net; to include real name, screen names, status of account, login log, ip address log, detailed billing logs, date account opened and closed, and all incoming, received, outgoing, and or sent emails on these email accounts between the period September 1, 2008 and December 31, 2009.